**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00651-CR

**STEVEN MICHAEL GOODE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 30921CC**

## ORDER

The reporter's record of the October 11, 2013 suppression hearing in this case was not filed in this Court. Appellant cites to it in his brief and it is apparent the record has been transcribed. Accordingly, we **ORDER** Scott Smith, Official Court Reporter of the County Court at Law, Kaufman County, Texas, to file, within **TEN DAYS** of the date of this Order, a supplemental record of the October 11, 2013 suppression hearing, including all exhibits admitted into evidence during that hearing. We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Scott Smith, Official Court Reporter, County Court at Law, Kaufman County, Texas, and to counsel for all parties.

/s/    ELIZABETH LANG-MIERS
        PRESIDING JUSTICE